**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
AT TACOMA**

```
_____ FILED     _____ LODGED
        _____ RECEIVED

OCT 20 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                 DEPUTY
```

WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

October 13, 2020

Pierce County Superior Court
Clerk's Office
930 Tacoma Ave. S. Room 110
Tacoma, WA 98402

RE: *Elkharwily v. Kaiser Permanente et al*
Case #3:20-cv-05505-BHS

```
FILED
IN COUNTY CLERK'S OFFICE

OCT 15 2020

PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY _____ DEPUTY
```

Dear Clerk:

Please find enclosed the certified copy of Judge Benjamin H. Settle's *Order Remanding Case to State Court* in the above-referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s):* 20-2-06061-1

*Assigned to Judge:* #19

*Completed by Deputy Clerk:* [signature]

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Gayle M Riekena,
*Deputy Clerk*

Enclosures